United States District Court
District of Connecticut
**FILED AT**     NEW HAVEN

Dec 22, 2003
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON PETTEWAY | : |
| VS. | : NO. 3:02CV779 (MRK) |
| CITY OF NEW HAVEN and NEW HAVEN BOARD OF FIRE COMMISSIONERS | : DECEMBER 22, 2003 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the plaintiff, CLIFTON PETTEWAY.

THE PLAINTIFF

BY: _____
KATRENA ENGSTROM
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
His Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, 4th Floor, New Haven, CT 06510.

_____
KATRENA ENGSTROM