CT/cvmhrg (January 10, 2002)

HONORABLE **Mark R. Kravitz**
DEPUTY CLERK **K. Ghilard**  RPTR/ERO/TAPE **R. Radko & M. Sherman**

TOTAL TIME ___ hours **50** minutes

DATE **Dec. 22, 2003**   START TIME **10:05**   END TIME **10:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Petteway**

vs.

**New Haven, et al**

CIVIL NO. **3:02cv779 mrk**

**Katrena Engstrom**
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Audrey C. Kramer**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☑ **Pretrial Conference**
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

Motion / Oral Motion lines — all blank, with granted/denied/advisement checkboxes unchecked.

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☑ **Appearance filed (Plaintiff)**  ☑ filed ☐ docketed

___ Hearing continued until _____ at _____