UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFTON PETTEWAY | : | |
| | : | |
| Plaintiff | : | NO.   3:02 CV779 (MRK) |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN AND | : | |
| NEW HAVEN BOARD OF FIRE | : | |
| COMMISSIONERS | : | |
| | : | |
| Defendants. | : | |

## ORDER

The parties having appeared before the Court on December 22, 2003 for a pre-trial conference in the above-captioned case, the following is ordered:

1. By **February 2, 2004**, the parties shall file a supplemental Joint Trial Memorandum indicating objections, if any, to proposed exhibits, and the proponent of any disputed exhibit shall respond to the objections in the supplemental Joint Trial Memorandum. Parties' failure to raise any objections will be deemed a waiver. Furthermore, the parties shall provide in the supplemental Joint Trial Memorandum a joint, agreed upon case statement and supplemental jury instructions;

2. On **May 19, 2004, at 2:00 p.m.,** at the final pre-trial conference, the parties shall provide the Court with a full set of pre-marked exhibits and a list of witnesses. The parties shall also supply the Court with a notebook containing copies of all exhibits. **Trial counsel must attend the pre-trial conference, unless excused in advance by the Court.**

3. Jury selection in this matter will be held on **June 1, 2004 at 9:30 A.M. Trial will commence at 10:00 on June 2, 2004, and continue from day to day until completed.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
           U.S.D.J.

Dated at New Haven, Connecticut: December 31, 2003.