UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON PETTEWAY | : |
| | : |
| VS. | : NO. 3:02CV779 (MRK) |
| | : |
| CITY OF NEW HAVEN and | : |
| NEW HAVEN BOARD OF FIRE | : MAY 25, 2004 |
| COMMISSIONERS | : |

**PLAINTIFF'S OBJECTION TO
DEFENDANTS' PROPOSED JURY INSTRUCTIONS**

**I.   Equal Protection**

Plaintiff objects to the use of "malice or bad faith" on page 4, line 7. In order to establish a violation of the equal protection clause, the plaintiff is not required to show that the defendant acted with malice or bad faith. He also objects to the insertion of "but had impermissible motives" in the following paragraph.

It is sufficient, to state an equal protection violation, that "the plaintiff alleges that he has been intentionally treated differently from others similarly situated and that there is no rational basis for the difference in treatment." Village of Willowbrook v. Olech, 528 U.S. 562, 565. 120 S. Ct. 1073 (2000) *Cf.*, Jackson v. Burke, 256 F.3d 93, 97 (2d Cir. 2000). Proof of malicious intent by perpetrator is irrelevant.

**II.     Motivating Factor/ Retaliation**

Plaintiff objects to the length and detail of the instruction.  Specifically, the words "in time" should be inserted in subparagraph (1) of the section on page 9, *"Indirectly, by showing that the protected activity was followed closely ... By discriminatory treatment"*.

The language in most cases has been comparable to "The causal connection needed for proof of a retaliation claim 'can be established indirectly by showing that the protected activity was closely followed in time by the adverse action.' " <u>Reed v. A.W. Lawrence & Co</u>., 95 F.3d 1170, 1178 (2d Cir.1996) (quoting <u>Manoharan v. Columbia University College of Physicians & Surgeons</u>, 842 F.2d 590, 593 (2d Cir.1988).

                                                  THE PLAINTIFF


                                                  BY_____
                                                  KATRENA ENGSTROM (ct09444)
                                                  Williams and Pattis, LLC
                                                  51 Elm Street
                                                  New Haven, CT 06510
                                                  (203) 562-9931
                                                  Fax: (203 )776-9494
                                                  His Attorney

CERTIFICATION OF SERVICE

On May 25, 2004, a copy hereof was hand delivered to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, CT.

_____
KATRENA ENGSTROM