UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFTON PETTEWAY | : | |
| | : | |
| VS. | : | NO. 3:02CV779 (MRK) |
| | : | |
| CITY OF NEW HAVEN and | : | |
| NEW HAVEN BOARD OF FIRE | : | MAY 25, 2004 |
| COMMISSIONERS | : | |

**PLAINTIFF'S MEMORANDUM RE: EXHIBITS**

1.  **DEFENDANTS' EXHIBITS**

The plaintiff objects to the defendant's proposed Exhibit I and K, police incident reports which did not result in any arrest.

The two reports were written by individuals who will not be witnesses. The reports summarize statements by individuals who will be witnesses, that is, Dennis Daniel's statements in Exhibit I and James Marten's statements in Exhibit K.

The reports amount to prior consistent statements by the two witnesses and they represent hearsay as defined in F. R. E. §§801 (a) and (c). The attempt to use the report of the statements by Dennis Daniels is a form of "bootstrapping". The best evidence of the events will be the witnesses' testimony, and the recitation of events in the police reports are cumulative.

It is also probable that the reports will have an unduly prejudicial effect on the plaintiff, since their mere existence implies wrong-doing by the plaintiff, although no police action was taken.

**2.   PLAINTIFF'S EXHIBITS**

Proposed Ex. 11-

The plaintiff was not permitted to be assigned to a "first responder" Engine Company, although he had certified as an EMT.  This exhibit is his request for the transfer.

Proposed Ex. 13

This is a record of a grievance which was filed because plaintiff believed that he had been denied a customary opportunity to act as an officer in retaliation for his activity in an organization of minority firefighters, The Firebirds.

Proposed Ex. 16

This was a request to be assigned to a pump operator opening which became available in July, 2000.  Plaintiff will testify that he was denied this opportunity in retaliation for his advocacy of promotional opportunities for minority firefighters.

                    THE PLAINTIFF

                    BY_____
                    KATRENA ENGSTROM (ct09444)
                    Williams and Pattis, LLC
                    51 Elm Street
                    New Haven, CT 06510
                    (203) 562-9931
                    Fax: (203 )776-9494
                    His Attorney

<u>CERTIFICATION OF SERVICE</u>

On May 25, 2004, a copy hereof was hand delivered to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, CT 06510.

_____
KATRENA ENGSTROM