UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CLIFTON PETTEWAY**

**VS.**  **CASE NO.: 302CV00779 (MRK)**

**CITY OF NEW HAVEN AND
NEW HAVEN BOARD OF FIRE
COMMISSIONERS**  **MAY 28, 2004**

### DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION
### TO DEFENDANTS' PROPOSED JURY INSTRUCTIONS

The plaintiff objects to the defendant's proposed jury instruction regarding the plaintiff's burden to show the defendant acted with malice or bad faith. The cases cited by the plaintiff refer to class of one equal protection claims.

In a claim for equal protection such as the plaintiff has brought in the instant case based on selective enforcement, malicious or bad faith intention is an appropriate charge. Harlen Associates v. Incorporated Village of Mineola, 273 F.3d 494, 499 (2d Cir. 2001). The same reasoning applies to the objection as to the phrase "impermissible motive." Id.

                                      **THE DEFENDANTS,**

                              BY: /s/_____
                                Audrey C. Kramer
                                Assistant Corporation Counsel
                                165 Church Street
                                New Haven, CT  06510
                                Federal Bar #CT14520
                                Telephone: (203) 946-7968

## **CERTIFICATION**

This is to certify that on May 28, 2004, a copy of the foregoing Defendants' Reply to Plaintiff's Objection to Defendants' Proposed Jury Instructions has been mailed and faxed, postage prepaid to the following counsel and pro se parties of record.

Katrena Engstrom, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Audrey C. Kramer