UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON PETTEWAY                             :
                                             :
v.                                           :    3:02CV779 (MRK)
                                             :
CITY OF NEW HAVEN & NEW HAVEN                :
BOARD OF FIRE COMMISSIONERS                  :

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
June 4                  20 04
Kevin F. Rowe, Clerk
By Kenneth R. Ghilardi
Deputy Clerk

VERDICT FORM

I.   TITLE VII CLAIMS

A.   **Liability**

1.   Do you find that the Plaintiff has proved by preponderance of the evidence that the Defendants intentionally discriminated against him on the basis of his race in terminating him from the New Haven Fire Department?

     Yes _____                    No ✓

*Proceed to Question 2.*

2.   Do you find that the Plaintiff has proved by preponderance of the evidence that the Defendants intentionally terminated him in retaliation for his complaints or grievances alleging racial discrimination within the New Haven Fire Department and/or his participation in the New Haven Firebirds Society?

     Yes _____                    No ✓

*If you answered "No" to both Questions 1 and 2, skip Questions 3-5 and proceed directly to Question 6.*

1

B. **Damages**

3. If you answered "Yes" to either Question 1 or 2, what amount of economic damages, if any, do you find the Plaintiff proved proximately resulted from the Defendants' violation of Title VII?

    $ _____

    *Proceed to Question 4.*

4. If you answered "Yes" to either Question 1 or 2, what amount of non-economic damages, if any, do you find the Plaintiff proved proximately resulted from the Defendants' violation of Title VII?

    $ _____

    *If you found that the Plaintiff proved any economic damages or non-economic damages in response to Questions 4 and 5, skip Question 5 and proceed directly to Question 6.*

5. What amount of nominal damages, if any, do you award to the Plaintiff on his Title VII claims? *(Applicable only if no economic or non-economic damages are awarded in response to Questions 3 and 4)*

    $ _____

    *Proceed to Question 6.*

II. **CONSTITUTIONAL CLAIMS**

A. **Liability**

6. Do you find that the Plaintiff has proved by preponderance of the evidence that Defendants intentionally terminated him to retaliate against him because of his complaints or grievances about racially discriminatory practices at the New Haven Fire Department and/or his participation in the New Haven Firebirds Society? *If you answered "Yes" to Question 2, you must also answer "Yes" to Question 6.*

    Yes _____   No ✓ _____

*Proceed to Question 7.*

7. Do you find that the Plaintiff has proved by preponderance of the evidence that the Defendants intentionally treated him differently from other similarly situated individuals in the Fire Department and that such differential treatment was based on impermissible considerations such as his race, his exercise of First Amendment rights or a malicious or bad faith intent to injure the Plaintiff?

    Yes _____          No ✓

*Proceed to Question 8.*

8. Do you find that the Plaintiff has proved by preponderance of the evidence that the Defendants intentionally treated him differently from other similarly situated individuals in the Fire Department and that there was no rational basis for the difference in treatment?

    Yes _____          No ✓

*If you answered "No" to Question 6, 7 and 8, skip Questions 10 and 11 and proceed to Question 12.*

**B.    Damages**

9. If you answered "Yes" to either Question 6, 7 or 8, what amount of economic damages, if any, do you find the Plaintiff proved proximately resulted from the Defendants' violation of his constitutional rights?

    $_____

*Proceed to Question 10.*

10. If you answered "Yes" to either Question 6, 7, or 8, what amount of non-economic damages, if any, do you find the Plaintiff proved proximately resulted from the Defendants' violation of the U.S. Constitution?

    $_____

*If you found that the Plaintiff proved any economic damages or non-economic damages in response to Questions 9 and 10, you may skip Question 11 and proceed directly to Question 12.*

3

11. What amount of nominal damages, if any, do you award to the Plaintiff against the Defendants on the claims based on the U.S. Constitution? (*Applicable only if no economic or non-economic damages are awarded in response to Question 9 and 10*).

$ _____

*Proceed to Question 12.*


III. **TOTAL NON-DUPLICATED DAMAGES**

*If you answered "No" to Questions 1, 2, 6, 7, and 8, you may skip Question 12.*

12. If you answered "Yes" to either Questions 1, 2, 6, 7 or 8 and awarded economic or non-economic damages in response to Questions 3, 4, 9 or 10, enter the total non-duplicated economic and non-economic damages awarded to the Plaintiff:

$ _____          $ _____
Economic                         Non-Economic


Your deliberations are now complete, and you should have your jury foreperson note the date and time and sign the form in the space provided.

_6/4/04_           _1:55_    A.M./**P.M.**       _[signature]_
**Date**            **Time**                              **Foreperson (Please Sign)**

4