# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CLIFTON PETTEWAY**

**VS.**  **CASE NO. 3:02CV00779 (MRK)**

**CITY OF NEW HAVEN AND
NEW HAVEN BOARD OF FIRE
COMMISSIONERS**     **JUNE 1, 2004**

## DEFENDANT'S LIST OF EXHIBITS

A. City of New Haven Workplace Violence Policy

B. Rules and Regulations - Department of Fire Service

C. January 26, 2001 - Letter to Chief Daniels from Antonio E. Ramos, Lieutenant

D. January 27, 2001 - Letter to Chief Daniels from John Marquez, Battalion Chief

E. January 29, 2001 - Letter to Chief Daniels from Clifton Petteway, Firefighter

F. January 31, 2001 - Memorandum to Chief Daniels from Ronald Dumas, Asst. Chief

G. Clifton Petteway - Patient Appointment Sheet dated February 2, 2001

H. February 5, 2001 - Letter to Chief Daniels from Clifton Petteway, Firefighter

I. February 6, 2001 - Letter to Chief Daniels from Ronald Dumas, Asst. Chief

J. February 6, 2001 - (2) Letters to Dennis Daniels, Chief from James Martens, Deputy Chief

K. February 8, 2001 - Letter to Clifton Petteway from Dennis Daniels, Chief

*Took Receipt of Exhibits 6/4/04 [signature]*

L. February 14, 2001 - Letter to Asst. Chief Dumas from Terrence Burroughs, Firefighter

M. February 16, 2001 - Letter to Clifton Petteway from Dennis Daniels, Chief

N. February 16, 2001 - Letter to Hon. Board of Fire Commissions from Dennis Daniels, Chief.

O. February 16 - Letter from Robert Jackson, Firefighter

P. February 23, 2001 - Letter to Chief Daniels from Clifton Petteway, Firefighter

Q. March 12, 2001 - Letter to Clifton Petteway from Dennis W. Daniels Chief

R. General Order #34 - Dated March 16, 2001 from Dennis W. Daniels Chief

~~S.~~ February 2, 2001 - Case Incident Report

~~T.~~ February 6, 2001 - Case Incident Report