UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLIFTON PETTEWAY  :

VS.  :  NO. 3:02CV779 (MRK)

CITY OF NEW HAVEN and  :
NEW HAVEN BOARD OF FIRE  :  JUNE 2, 2004
COMMISSIONERS

## PLAINTIFF'S EXHIBIT LIST

1. Memo from Capt. Anthony Calloway to Chief Dennis Daniels (7/30/99)

2. Memo from Clifton Petteway to Chief Daniels (7/27/99)

3. General Order #18 re: Captain Integlia Reprimand (8/5/99)

4. Memo from Asst. Drillmaster Gregory Liggins to Chief Daniels (1/21/99)

5. City of New Haven Workplace Violence Policy (10/29/99)

6. Letter from Chief Daniels to Clifton Petteway (2/16/01)

7. Charges filed against Clifton Petteway by Chief Daniels (2/16/01)

8. General Order #34 (3/16/01)

9. Letter from Clifton Petteway to Chief Daniels (1/8/99)

10. Grievance, 5/4/98.

11. Letter from Clifton Petteway to Chief Daniels, (7/20/00).

12. Petteway Income

Two Exhibits, Katherine [illegible] 6/4/04