AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Petteway** DISTRICT OF **Connecticut**

v.

**New Haven, et al**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv779MRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Katrena K. Engstrom | Audrey C. Kramer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/2/04 - 6/4/04 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/2/04 | | | Clifton Petteway |
| ✓ | | 6/2/04 | | | Dennis Daniels |
| ✓ | | 6/2/04 | | | Antonio Ramos |
| ✓ | | 6/2/04 | | | Sheryl Broadnax |
| ✓ | | 6/3/04 | | | William Gould |
| ✓ | | 6/3/04 | | | Freeman Troche |
| ✓ | | 6/3/04 | | | Ronald Benson |
| | ✓ | 6/3/04 | | | Bishop Theodore Brooks |
| | ✓ | 6/3/04 | | | George Longyear |
| | ✓ | 6/3/04 | | | William Celentano |
| | ✓ | 6/3/04 | | | Ronald Dumas |
| | ✓ | 6/3/04 | | | Dennis Daniels |
| ✓ | | 6/3/04 | | | Clifton Petteway |

FILED JUN 7 2 22 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages