UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON PETTEWAY,<br><br>    Plaintiff<br>v.<br><br>CITY OF NEW HAVEN and<br>NEW HAVEN BOARD OF<br>FIRE COMMISSIONERS,<br><br>    Defendants. | :<br>:<br>:<br>:   NO. 3:02 cv 779 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On June 4, 2004, the jury returned a verdict for all the defendants on all counts.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, City of New Haven and New Haven Board of Fire Commissioners, and the case is closed.

Dated at New Haven, Connecticut this 8th day of June, 2004.

                                                   KEVIN F. ROWE, Clerk
                                                 By
                                                 /s/ Kenneth R. Ghilardi
                                                 Kenneth R. Ghilardi
                                                 Deputy Clerk

EOD : _____