FILED

Jul 13  10 47 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON PETTEWAY | : |
| VS. | : NO. 3:02CV779 (MRK) |
| CITY OF NEW HAVEN and NEW HAVEN BOARD OF FIRE COMMISSIONERS | : JUNE 3, 2004 |

## PLAINTIFF'S PROPOSED ADDITIONAL JURY CHARGES

### RELATIONSHIP OF DEFENDANTS TO EACHOTHER

The defendants in this case are THE CITY OF NEW HAVEN and NEW HAVEN BOARD OF FIRE COMMISSIONERS. The defendant CITY OF NEW HAVEN includes any employee of the Fire Department at the time the events raised by the parties occurred. The BOARD OF FIRE COMMISSIONERS includes the five commissioners on the Board. For all intents and purposes, the Board of Fire Commissioners is part of the City of New Haven.

If you find that the plaintiff has proved one or more of his claims against either of the defendants, then the plaintiff will have satisfied his burden of proof in this case. The defendants are the same, or interchangeable, for purposes of this case.

## LEGAL EFFECT OF ARBITRATION DECISIONS

The arbitration decisions concerning the plaintiff, Sheryl Broadnax and John Brantley have no binding effect on your decisions in this case, because the issues addressed by the arbitrator were within the framework of a negotiated labor agreement.

The issues raised in this case concern claimed violations of the constitutional rights of equal protection under the law and freedom from retaliation for the exercise of First Amendment rights.

THE PLAINTIFF

BY _____
KATRENA ENGSTROM (ct09444)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203 )776-9494
His Attorney

## CERTIFICATION OF SERVICE

On June 3, 2004, a copy hereof was hand delivered to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, CT.

KATRENA ENGSTROM