UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JUL 13  10 47 AM '04

**CLIFTON PETTEWAY**

VS.   CASE NO. 3:02CV00779 (MRK)

**CITY OF NEW HAVEN AND
NEW HAVEN BOARD OF FIRE
COMMISSIONERS**

JUNE 3, 2004

## MEMORANDUM REGARDING LIABILITY OF CITY AND FIRE COMMISSIONERS

The defendants contend that although the plaintiff has sued both the City and the Board of Fire Commissioners that for purposes of liability that two be addressed as one.

Pursuant to Connecticut General Statute 7-301, the City of New Haven has the authority to establish a fire department and also to create a Board of Fire Commissioners. Pursuant to that statute, the City of New Haven has established a Board of Fire Commissioners. New Haven Charter Section 104. Section 104 of the New Haven Charter states that "[t]here shall be in the department of fire service a board of fire commissioners consisting of five members." Id. Pursuant to Section 111 "each of said boards of commissioners (fire and police) shall have the power, for cause, after a hearing on the charges, made in writing, to remove, reduce in rank, or suspend without pay any officer or employee in its department it has the power to appoint."

Therefore, the plaintiff's claims for termination relate solely to actions of the Board. As the Board is a part of the Fire Department and has the only power in the City to terminate firefighters, a claim against the Fire Commissioners is essentially a claim against the City and as such are one and the same.

DEFENDANTS, CITY OF NEW HAVEN, ET AL

By: /s/ Audrey C. Kramer

AUDREY C. KRAMER
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT 06510
(203) 946-7968
Federal Bar No.: ct14520

## CERTIFICATION

This is to certify that on June 3, 2004, a copy of the foregoing Memorandum Regarding Liability Of City And Fire Commissioners has been hand-delivered to the following counsel and pro se parties of record.

Katrena Engstrom, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Audrey C. Kramer